IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
www.lamb.uscourts.gov

| | |
|---|---|
| In re:<br><br>A. P. B. Trucking, LLC<br>d/b/a Batiste's Trucking,<br><br>Debtor. | Case No. 20-10213<br><br>Chapter 11, Subchapter V |

## STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)

**NOW INTO COURT**, through undersigned counsel, comes A. P. B. Trucking, LLC d/b/a Batiste's Trucking (the "Debtor"), who files this status report pursuant to 11 U.S.C. § 1188(c)[1] and the Court's order dated March 3, 2020. [P-15] In support, the Debtor represents:

**I.    THE NATURE AND HISTORY OF THE DEBTOR'S BUSINESS AND THE GOALS OF THE PLAN OF REORGANIZATION.**

   **A.    Nature and History of the Debtor's Business.**

The Debtor owns and operates a trucking company in Port Allen, LA. Using its fleet of Volvo dump trucks, the Debtor hauls asphalt, concrete, gravel, dirt and other materials to and from construction sites and barges on the Mississippi River.

The Debtor is a Louisiana limited liability company. It was first organized in 2007 as "Batiste's Trucking, LLC." In 2015, the Debtor changed its name to "A.P.B.

---

[1] "Not later than 14 days before the date of the status conference under subsection (a), the debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization." 11 U.S.C. § 1188(c).

Trucking, LLC," but still operates and does business under the "Batiste's Trucking" banner.

### B.     The Debtor's Assets.

The Debtor's primary assets are its three Volvo dump trucks. The amount of debt relating to each of the Volvo dump trucks is between some $105,000 and $110,000. BMO Harris Bank N.A. ("BMO Harris") asserts a secured claims with respect to the dump trucks.[2]

| Truck # | VIN | Debt | Claim # |
|---|---|---|---|
| 1 | 4V5K99EH2GN943098 | $105,656.25 | 2-1 |
| 2 | 4V5K99EH3GN931977 | $110,989.49 | 3-1 |
| 3 | 4V5K99EH5GN959988 | $105,125.57 | 4-1 |

Two of these dump trucks are used in the operation of the Debtor's business. The Debtor believes the dump trucks are in fair condition, although one of the dump trucks (Truck 1) currently needs maintenance and repair. Based upon an internet search, the Debtor believes that the value of each Volvo dump truck is between $90,000 (low) and $130,000 (high). The dump trucks have not been formally appraised and the Debtor does not intend to obtain an appraisal.

The Debtor's other significant asset is a 2019 GMC Sierra 3500HD (the "Sierra"). The book value of the Sierra is approximately $70,000. The Debtor acquired this truck in 2019 with financing from Americredit Financial Services, Inc. d/b/a GM

---

[2] *See* Claims Register 2-1, 3-1 and 4-1.

DEBTOR'S STATUS REPORT
PURSUANT TO 11 U.S.C. § 1188(c)

2

Financial ("GM Financial").[3] The Debtor's member, Mr. Batiste, drives the Sierra as part of the business. He uses the Sierra daily to drive to and from job sites as well as hauling tires and other maintenance supplies.

### C. Events leading to the filing of the Bankruptcy Case.

Two events led to the commencement of this subchapter V case. In August 2016, Baton Rouge and surrounding areas experienced historic flooding. The Debtor's operations were halted or delayed because the August 2016 floods stopped or postponed many projects. Also, seasonal high-water levels on the Mississippi River mean that the Debtor is sometimes unable to service barges along the levee.

These weather events negatively impacted the Debtor's cash flow. As such it was unable to service its debt obligations to BMO Harris. BMO Harris then sued the Debtor, Mr. Batiste, and Ms. Jackson, commencing *BMO Harris Bank N.A. v. Batiste's Trucking et al.*, Civil No. 00001045690, Div. "A," in the 18th J.D.C. for the Parish of West Baton Rouge, LA. Although the Debtor made several good faith attempts to resolve its differences with BMO Harris, the Debtor was ultimately left with no choice but to seek relief under subchapter V of chapter 11 of the Bankruptcy Code.

### D. Goals of this subchapter V reorganization.

The Debtor's goal in this subchapter V reorganization to recapitalize its long-term secured obligations, primarily the BMO Harris debt. The Debtor hopes to achieve this through a two-step process.

---

[3] See Claims Register 1-1.

DEBTOR'S STATUS REPORT
PURSUANT TO 11 U.S.C. § 1188(c)

3

First, the Debtor does not need three dump trucks to operate profitably; only two dump trucks are necessary. Thus, the Debtor intends to surrender one of the dump trucks (Truck 1) on the effective date of the plan in satisfaction of BMO Harris' claim relating to that dump truck.

Second, the Debtor intends to repay the balance of BMO Harris' claim over a five-year period beginning on the effective date. The Debtor would pay BMO Harris roughly $2,000 per month relating to each of the two remaining dump trucks.

The Debtor would similarly recapitalize the secured claim of GM Financial over a five-year period from the effective date.

The Debtor believes that is it can reduce its aggregate debt by some $105,000 and recapitalize its remaining long-term secured obligations, it will have sufficient projected disposable income over a five-year period to satisfy all allowed claims in full from the cash generated by its operations.

## II.  THE DEBTOR'S EFFORTS TO FORMULATE A CONSENSUAL PLAN OF REORGANIZATION AND ANY IMPEDIMENTS.

The Debtor, through undersigned counsel, has worked closely with the subchapter V trustee, Greta Brouphy (the "Trustee"), since the commencement of this case. The Debtor shared a draft version of its proposed plan with the Trustee, who provided timely and insightful feedback.

In addition, the Debtor has shared the draft of its proposed plan with Jonathan Giepert, attorney for BMO Harris, and Greg Walsh, attorney for GM Financial, on Thursday, April 16, 2020. The Debtor has not yet received any feedback from BMO Harris or GM Financial.

The Debtor does not anticipate any impediments to confirmation of a consensual plan of reorganization. GM Financial has moved for relief from the automatic stay or adequate protection. [P-35] The Debtor intends to oppose GM Financial's stay relief motion, but has communicated with GM Financial about adequate protection options through confirmation of the plan. The Debtor hopes to resolve GM Financial's motion with a consent order.

### III. CONTEMPLATED MOTIONS BEFORE CONFIRMATION.

The Debtor is contemplating two motions prior to confirmation. First, the Debtor may file a motion to fix the deadlines relating to the confirmation hearing. If the plan is filed before the May 4, 2020 status conference in this case, then the Debtor would requests at the status conference that confirmation hearing related deadlines be selected then.

Second, the Debtor may move to compensate its insiders, Alfred Batiste and Phyllis Jackson.

### IV. OBJECTIONS TO CLAIMS BEFORE FILING THE PLAN.

The Debtor may object to the proof of claim filed by the Louisiana Department of Revenue (the "LDR"). When this case was commenced, it was believed that the LDR held a priority tax claim against the Debtor. After consultation with the Debtor's accountant, it was determined that this claim, although paid by the Debtor as form of compensation to Mr. Batiste, is actually owed by Mr. Batiste, individually. The Debtor is a disregarded entity for tax purpose, and thus, does not incur any corporate income tax at the company level. The LDR is erroneously asserting a priority tax

claim against the Debtor. If the LDR does not withdraw its proof of claim, the Debtor will object to it.

## V. ESTIMATE TIME TO FILE AND SERVE THE PLAN OF REORGANIZATION.

If the Debtor timely receives feedback from BMO Harris and GM Financial, it intends to file and serve its plan of reorganization before the May 4, 2020 status conference.

## VI. ISSUES EFFECTING EFFICIENT ADMINISTRATION OF THE CASE.

The Debtor does not believe there are any issues that may affect the efficient administration of the case. The COVID-19 pandemic has slowed, but not halted, the Debtor's operations have not halted, they have slowed as a result of the pandemic.

Date: Monday, April 20, 2020
Baton Rouge, Louisiana, USA

Submitted by:

**RICHMOND LAW FIRM, LLC**

By: **/s/ Ryan J. Richmond**
Ryan J. Richmond (La. Bar No. 30688)
17732 Highland Road, Suite G-228
Baton Rouge, LA 70810
Tel. (225) 572-2819
Fax (225) 286-3046
ryan@rjrichmondlaw.com

*Attorney for A. P. B. Trucking, LLC*
*d/b/a Batiste's Trucking*